```
         IN THE UNITED STATES DISTRICT COURT FOR THE
            SOUTHERN DISTRICT OF WEST VIRGINIA
                        CHARLESTON
```

UNITED STATES OF AMERICA

v.                                      CRIMINAL NO. 2:11-00255

WILLIAM F. RYCKMAN, M.D.

## MOTION OF THE UNITED STATES TO SCHEDULE GUILTY PLEA HEARING

Comes now the United States of America, by John J. Frail, Assistant United States Attorney for the Southern District of West Virginia, and respectfully requests the Court to set a date, time, and location for a guilty plea hearing to be held with regard to the above-styled case.

Respectfully submitted,

R. BOOTH GOODWIN II
United States Attorney

By: /s John J. Frail
John J. Frail Bar Number 1265
Assistant United States Attorney
300 Virginia Street, East
Room 4000
Charleston, West Virginia  25301
Telephone: (304)345-2200
Fax: (304)347-5705
E-mail - john.frail@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "Motion of the United States to Schedule Guilty Plea Hearing" has been electronically filed and service has been made on opposing counsel by mail this the 4th day of November 2011, to:

>Kenneth Haber, Esquire
>Difenderfer, Rothman & Haber
>304 Ross Street, Suite 400
>Pittsburgh, PA 15219

>/s John J. Frail
>John J. Frail Bar Number 1265
>Assistant United States Attorney
>300 Virginia Street, East
>Room 4000
>Charleston, West Virginia  25301
>Telephone: (304)345-2200
>Fax: (304)347-5705
>E-mail - john.frail@usdoj.gov