# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 12/19/2011                                                                                   Case Number 2:11-cr-255
Case Style: USA vs. William Ryckman
Type of hearing Plea Hearing
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke                                                    Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government John J. Frail


Attorney(s) for the Defendant(s) Kenneth Haber/John A. Kessler, local counsel


Law Clerk                                                                                              Probation Officer Peggy Adams

### Trial Time


### Non-Trial Time

Plea Hearing


### Court Time

1:33 pm    to 2:31 pm
Total Court Time: 0 Hours 58 Minutes Non-Trial Time/Uncontested Time


### Courtroom Notes

1:30 case set

1:33 - case called - purpose of hearing for defendant to enter plea to one-count information pursuant to plea agreement - defense counsel says that is correct

Defendant sworn - gave personal information

Court read information - defendant understands
Court gave elements - defendant understands

Waiver of indictment received and filed

Court explained plea agreement - defendant understands

Court explained constitutional rights, maximum penalties, supervised release, additional term, advisory sentencing guidelines, relevant conduct

Guilty plea received and filed

## District Judge Daybook Entry

Defendant gave factual basis

Court finds factual basis, accepts plea and plea agreement, and adjudges defendant guilty

Directs PSI - sentencing set for March 28, 2012, at 1:30 pm

Defendant released on $10,000 unsecured bond

2:31 concluded