UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON



UNITED STATES OF AMERICA

v.   CRIMINAL ACTION NO. 2:11-00255

WILLIAM F. RYCKMAN, M.D.

GUILTY PLEA

In the presence of Kenneth Haber, my counsel, who has fully explained the charge contained in the information against me and, having received a copy of the information from the United States Attorney before being called upon to plead, I hereby plead GUILTY to the one-count information.

12/19/2011
Date

William F. Ryckman, M.D.

Witness:

Counsel for Defendant