# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 3/28/2012                                                                 Case Number 2:11-cr-00255
Case Style: USA vs. William F. Ryckman
Type of hearing Sentencing
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke                                      Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government John J. Frail

Attorney(s) for the Defendant(s) Kenneth Haber/John A. Kessler, local counsel

Law Clerk                                                                        Probation Officer Alex Alvarez

Trial Time

Non-Trial Time

Court Time

1:44 pm    to 2:40 pm
Total Court Time: 0 Hours 56 Minutes Non-Trial Time/Uncontested Time

Courtroom Notes

1:30 case set

1:44 - case called - defendant sworn - defense counsel over PSR with defendant thoroughly and he understands - defendant read PSR, went over with attorney, he explained, understands everything

No objections

Report is factually accurate

Court inquired regarding the defendants assets and liabilities and other matters

Parties agree TOL 6 + I = 0-6 months

Mitigation - defense counsel, government, defendant

Court stated reasons for sentence including 3553(a) factors

Sentence - 6 months - 1 year supervised release - $5,000 fine paid within 30 days

Self-report 9/28/12

## District Judge Daybook Entry

14 days to appeal

2:40 concluded