IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                                CRIMINAL NO. 2:11-00255-01

WILLIAM F. RYCKMAN


<u>MOTION TO REDUCE SENTENCE PURUSANT TO RULE 35</u>

Comes now the United States of America, by R. Booth Goodwin II, United States Attorney for the Southern District of West Virginia, pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure, and moves the Court to reduce defendant's sentence to reflect "defendant's subsequent substantial assistance in investigating or prosecuting another person."

In support of its motion, the United States represents that the defendant William F. Ryckman has provided substantial assistance to the United States in the investigation and prosecution of other persons.

Respectfully submitted,

s/R. Booth Goodwin II
R. BOOTH GOODWIN II
United States Attorney
WV State Bar No. 7165
300 Virginia Street, East
Room 4000
Charleston, WV  25301
Telephone:  304-345-2200
Fax:  304-347-5104
E-mail: booth.goodwin@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that the foregoing "MOTION TO REDUCE SENTENCE PURUSANT TO RULE 35" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this 25th day of July 2012, to:

        Kenneth J. Haber, Esquire
        Difenderfer, Rothman & Haber
        304 Ross Street, Suite 400
        Pittsburgh, PA  15219

        s/R. Booth Goodwin II
        R. BOOTH GOODWIN II
        United States Attorney
        WV State Bar No. 7165
        300 Virginia Street, East
        Room 4000
        Charleston, WV  25301
        Telephone:  304-345-2200
        Fax:  304-347-5104
        E-mail: booth.goodwin@usdoj.gov