UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

v.                                         CRIMINAL ACTION NO. 2:11-00255

**WILLIAM F. RYCKMAN**

O R D E R

On September 24, 2012, there appeared the defendant in person and by his counsel, Kenneth J. Haber and John A. Kessler, and the United States of America, by John J. Frail, Assistant United States Attorney, for hearing and resentencing pursuant to the government's Motion to Reduce Sentence Pursuant to Rule 35, filed on July 25, 2012, which motion the United States filed in accordance with Rule 35(b) of the Federal Rules of Criminal Procedure.

After hearing the parties and counsel, it is ORDERED that the sentence of imprisonment of six (6) months and the supervised release term of one year imposed by the Judgment Order entered in this action on April 10, 2012, be, and it hereby is, reduced to THREE (3) YEARS PROBATION upon the standard conditions of probation now in effect in this district with the added special condition that the defendant spend a period of SIX (6) MONTHS in a community confinement center.  The

court recommends that the community confinement center in which the defendant is placed be one that is as close to Sutersville, Pennsylvania, as feasible, and that defendant's stay there commence as soon as bed space is available, but in no event later than November 1, 2012.

It is further ORDERED that in all other respects the Judgment Order entered in this action on April 10, 2012, shall remain in full force and effect including the imposition of the $5,000 fine which the court notes was paid in full on April 11, 2012.

After the defendant has served one year on probation, the court invites a petition from defendant to terminate probation if the defendant has complied with all terms of his probation at that point.

It is noted that the defendant has 14 days from the entry of this order in which to appeal his resentencing and if he is without sufficient funds with which to prosecute that appeal an attorney will be appointed to represent him at the expense of the United States.

        **The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.**

        **DATED: September 24, 2012**

        */s/ John T. Copenhaver, Jr.*
        **John T. Copenhaver, Jr.**
        **United States District Judge**