# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 9/24/2012                                              Case Number 2:11-cr-00255
Case Style: USA vs. William F. Ryckman
Type of hearing Rule 35 Hearing
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke                               Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government John Frail


Attorney(s) for the Defendant(s) Kenneth Haber, John Kessler


Law Clerk                                                    Probation Officer Peggy Adams

### Trial Time

### Non-Trial Time

### Court Time

1:35 pm   to 1:50 pm
Total Court Time: 0 Hours 15 Minutes Non-Trial Time/Uncontested Time

### Courtroom Notes

1:30 case set

1:35 - case called - matter on for hearing on government's motion for substantial assistance

Government elaborated on the motion and the defendant's cooperation

Defense counsel responded

Court stated reasons for sentence reduction

Sentence - 3 years probation - 6 months community confinement center - fine reimposed but has been paid

1:50 concluded